IRENE E. STORM, an Infant, by Guardian ad Litem, Appellant, *v.* T. SCHENCK REMSEN, as Committee, etc., et al., Respondents.

Reported below, 11 App. Div. 630.
(Submitted October 4, 1897; decided October 12, 1897.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered December 30, 1896, which modified, and as modified affirmed, a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

The motion was made upon the ground that no issue of law is involved herein reviewable by the Court of Appeals.

*Hector M. Hitchings* for motion.

No one opposed.

Motion denied, with ten dollars costs.

———

WILLIAM L. RICH, as Administrator of JOSIAH RICH, Deceased, Appellant, *v.* THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Respondent.

*Rich* v. *N. Y. C. & H. R. R. R. Co.,* 89 Hun, 604, affirmed.
(Argued October 5, 1897; decided October 19, 1897.)

APPEAL from a judgment of the General Term of the Supreme Court in the second judicial department, entered August 14, 1895, which affirmed a judgment in favor of defendant entered upon a decision of the court dismissing the complaint on trial at Circuit.

*Esek Cowen* for appellant.

*William Allen Butler* for respondent.

Judgment affirmed, with costs; no opinion.
All concur, except O'BRIEN and VANN, JJ., not voting.